■ DAVID MERRITT, Appellant v. JOHN G. ELLIS et al., Respondents.— Judgments and order affirmed, without costs of these appeals to any party. All concur. (Appeals from four judgments of Orleans Trial Term dismissing the complaint as to each of the defendants on motions by the respective defendants at the close of plaintiff's case, in an action to recover damages for personal injuries alleged to have been sustained by plaintiff as the result of malpractice, improper hospital treatment, and defective medical supplies. Plaintiff also appeals from the order of dismissal as to the defendant Stearns Corp.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ GEORGE H. WHITBECK, Appellant, v. R. D. SEVERANCE, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Trial Term dismissing the complaint, on motion by defendant at the close of plaintiff's case, in an action for damages for personal injuries alleged to have been sustained by plaintiff as the result of malpractice by physician and surgeon.) Present—Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ WILLIAM J. WOLFSON, Appellant, v. INTERNATIONAL CORRESPONDENCE SCHOOLS, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment [designated "order" in notice of appeal] of Onondaga Supreme Court for defendant in an action for breach of contract of hiring.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ SAINT NICHOLAS UKRAINIAN ORTHODOX CHURCH OF LITTLE FALLS, Appellant, v. SAINT NICHOLAS RUTHENIAN (UKRAINIAN) GREEK CATHOLIC CHURCH OF LITTLE FALLS, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Herkimer Supreme Court dismissing plaintiff's complaint and quieting plaintiff's claim of title in an action in ejectment.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ LOUISE M. GOODRIDGE, as Administratrix of the Estate of MARY KUHN, Deceased, et al., Appellants, v. M. JACK HERMAN, Individually and as Executor of HARRY HERMAN, Deceased, et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Special Term dismissing plaintiffs' complaint as to the first cause of action, in an action to impress a trust on realty. The order granted defendants' motion to dismiss and cancelled lis pendens of record.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ LOUISE M. GOODRIDGE, as Administratrix of the Estate of MARY KUHN, Deceased, et al., Appellants, v. M. JACK HERMAN, Individually and as Executor of HARRY HERMAN, Deceased, et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe County Special Term dismissing plaintiffs' complaint as to second, third and fourth causes of action in an action to impress a trust and for an accounting. The order granted defendants' motion to dismiss and cancelled a lis pendens as to certain property.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER WILK and EDMUND KOREN, Appellants, et al., Defendant.— Judgments of conviction affirmed. All concur. (Appeals from judgments of Erie Trial Term convicting both appellants of the crimes of conspiracy and extortion.) Present — McCurn, P. J. Vaughan, Kimball, Bastow and Goldman, JJ.